AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

AMERICAN ASSOCIATION FOR
HOMECARE et al.

**SUMMONS IN A CIVIL CASE**

V.

Michael O. LEAVITT, in his official capacity
as Secretary of the Department of Health and
Human Services, et al.

CASE Case: 1:08-cv-00992
Assigned To : Urbina, Ricardo M.
Assign. Date : 6/9/2008
Description: TRO/PI

TO: (Name and address of Defendant)

Kerry N. Weems, Acting Administrator of the Centers for
Medicare and Medicaid Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen B. Kinnaird
Sidley Austin LLP
1501 K Street, N.W.
Washington, D.C. 20005

an answer to the complaint which is served on you with this summons, within ____sixty (60)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                     JUN - 9 2008
CLERK                                              DATE

_(signature)_
(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| American Association for Homecare, et al.<br><br>**Plaintiff**<br><br>v.<br><br>Michael O. Leavitt, in his official capacity as Secretary of the Department of Health and Human Services, et al.<br><br>**Defendant(s)** | Case No.: 1:08-cv-00992 RMU |

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Wesley Jennings, having been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Complaint for Declaratory and Injunctive Relief; Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court; Certficate Rule LCvR 7.1; and Initial Electronic Case Filing Order on Kerry N. Weems, Acting Administrator of the Centers for Medicare and Medicaid Services in the above entitled case, hereby depose and say:

That I am over the age of eighteen and that I am not a party to or otherwise interested in this suit.

That my place of business is 1827 18th Street, NW, Washington, DC 20009-5526  (202) 667-0050.

That on June 10, 2008 at 3:34 PM, I served the within Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Complaint for Declaratory and Injunctive Relief; Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court; Certficate Rule LCvR 7.1; and Initial Electronic Case Filing Order on Kerry N. Weems, Acting Administrator of the Centers for Medicare and Medicaid Services at 200 Independence Avenue, SW, Washington, DC 20201 by serving Brandon Smith, Legal Assistant, authorized to accept. Described herein:

Gender: Male    Race/Skin: Black    Hair: Black    Age: 25    Height: 5'8"    Weight: 160

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

6-11-08
Executed on:

Wesley Jennings
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 08-003382

Client Reference: 3884710020