UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN ASSOCIATION FOR HOMECARE; and ACE DRUG, INC., dba HOLLYWOOD MEDICAL SUPPLY,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHAEL O. LEAVITT in his official capacity as Secretary of the Department of Health and Human Services, and KERRY M. WEEMS, in his official capacity as Acting Administrator for the Centers for Medicare & Medicaid Services, 200 Independence Ave., S.W. Washington, D.C. 20201,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 08-992 (RMU)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that KATHRYN L. WYER, United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance in the above-captioned matter as a counsel of record for defendants.

Dated: June 13, 2008

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General
JEFFREY A. TAYLOR
United States Attorney
SHEILA LIEBER
Deputy Director

/s/ Kathryn L. Wyer
KATHRYN L. WYER
U.S. Department of Justice, Civil Division

        20 Massachusetts Avenue, N.W.
        Washington, DC  20530
        Tel.  (202) 616-8475 / Fax (202) 616-8470
        kathryn.wyer@usdoj.gov
        *Attorneys for Federal Defendant*s