## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ASSOCIATION FOR HOMECARE; and ACE DRUG, INC., dba HOLLYWOOD MEDICAL SUPPLY,<br><br>      Plaintiffs,<br><br>      v.<br><br>MICHAEL O. LEAVITT in his official capacity as Secretary of the Department of Health and Human Services, and KERRY M. WEEMS, in his official capacity as Acting Administrator for the Centers for Medicare & Medicaid Services, 200 Independence Ave., S.W. Washington, D.C.  20201,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 08-992 (RMU)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE THEIR OPPOSITION TO PLAINTIFFS' APPLICATION FOR A PRELIMINARY INJUNCTION AND REQUEST FOR EXPEDITED HEARING**

In accord with Fed. R. Civ. P. 6(b) and this Court's standing order, undersigned counsel respectfully requests that this Court grant defendants an extension of time of six (6) calendar days to respond to plaintiffs' application for a preliminary injunction, until Wednesday, June 25, 2008.  Defendants have not previously requested an extension of time to respond to plaintiffs' application.  Plaintiffs filed their application for a preliminary injunction on June 9, 2008, the same day they filed their complaint.  Undersigned counsel was assigned to the above-captioned case on Friday, June 13, 2008.  Pursuant to LCvR 65.1 and Fed. R. Civ. P. 6(e), defendants' opposition is currently due on Thursday, June 19, 2008.  Plaintiffs' application is accompanied by over 200 pages in exhibits and concerns complex issues of law involving a Medicare

competitive bidding program. Undersigned counsel is currently preparing a dispositive motion in another case and a nondispositive motion in a third case. Accordingly, additional time is requested in order to prepare a thorough response to plaintiffs' application. The proposed extension will have no effect on existing deadlines. After receiving this assignment, undersigned counsel contacted Stephen B. Kinnaird, counsel for plaintiffs, by telephone, and conferred with him regarding a proposed extension, and plaintiffs consented to this request.

WHEREFORE, defendants respectfully request that the Court enter an order extending the deadline for their opposition to plaintiffs' Application for a Preliminary Injunction and Request for Expedited Hearing until June 25, 2008.

Dated: June 13, 2008

Respectfully submitted,
GREGORY G. KATSAS
Acting Assistant Attorney General
JEFFREY A. TAYLOR
United States Attorney
SHEILA LIEBER
Deputy Director, Civil Division, Federal Programs Branch

/s/ Kathryn L. Wyer
KATHRYN L. WYER
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W.
Washington, DC  20530
Tel.  (202) 616-8475 / Fax (202) 616-8470
kathryn.wyer@usdoj.gov
*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN ASSOCIATION FOR HOMECARE; and ACE DRUG, INC., dba HOLLYWOOD MEDICAL SUPPLY,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL O. LEAVITT in his official capacity as Secretary of the Department of Health and Human Services, and KERRY M. WEEMS, in his official capacity as Acting Administrator for the Centers for Medicare & Medicaid Services,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 08-992 (RMU) |

**[Proposed] ORDER**

Upon consideration of defendants' Consent Motion for an Extension of Time to File Their Opposition to Plaintiffs' Application for a Preliminary Injunction and Request for Expedited Hearing, it is hereby ORDERED, that the motion is GRANTED. Defendants shall file their opposition on or before June 25, 2008.

_____
The Honorable Ricardo M. Urbina
United States District Judge