AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

AMERICAN ASSOCIATION FOR HOMECARE et al.

           Plaintiff(s)    )    **APPEARANCE**

vs.

Michael O. LEAVITT, in his official capacity as Secretary of the Department of Health and Human Services, et al.

           Defendant(s)

CASE NUMBER    1:08-cv-00992 (RMU)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Robert Fabrikant__ as counsel in this
(Attorney's Name)

case for: __American Association for Homecare and Ace Drug, Inc., dba Hollywood Medical Supply__

(Name of party or parties)

June 13, 2008
Date

_[signature]_
Signature

198119
BAR IDENTIFICATION

Robert Fabrikant
Print Name

1501 K Street, N.W.
Address

Washington, D.C.  20005
City           State           Zip Code

(202) 736-8110
Phone Number

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of June, 2008, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE to be served upon the Defendants in this matter by mailing the same by United States mail, postage prepaid, to the following:

Michael O. Leavitt, Secretary of the
Department of Health and Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

Kerry N. Weems, Acting Administrator of the
Centers for Medicare and Medicaid Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

Office of the U.S. Attorney
Civil Process Clerk
555 4th Street, N.W.
Washington, D.C. 20530

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue N.W.
Washington, DC 20530-0001

_____
Robert Fabrikant (198119)

**NOTICE ATTACHMENT**

Robert Fabrikant, an active member of this Court, applied for an ECF password before filing this Notice of Appearance.