UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ASSOCIATION FOR HOMECARE, 2011 Crystal Drive, Suite 725, Arlington, Virginia 22202<br><br>and<br><br>ACE DRUG, INC., dba HOLLYWOOD MEDICAL SUPPLY, 2131 Hollywood Boulevard, Hollywood, FL 33020,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>Michael O. LEAVITT, in his official capacity as Secretary of the Department of Health and Human Services, 200 Independence Avenue, S.W., Washington, D.C. 20201<br><br>and<br><br>Kerry N. WEEMS, in his official capacity as Acting Administrator for the Centers for Medicare & Medicaid Services, Department of Health and Human Services, 200 Independence Avenue, S.W., Washington, D.C. 20201<br><br>　　　　　Defendants. | **Civil Action No. 1:08-cv-00992 (RMU)** |

## NOTICE OF RELATED CASE

Pursuant to Local Civil Rule 40.5(b)(3), Sidley Austin LLP, counsel for Plaintiffs, hereby provides notice that the instant case is related to a case filed on June 17, 2008 in the U.S. Court of Federal Claims: All Florida Network Corp. v. United States, No. 1:08cv441 (Fed. Cl.). Attached is a completed copy of the Clerk's Office form for Notice of Designation of Related

Civil Case Pending in This or Any Other United States Court, providing the relevant information regarding this new related action.

Dated:  June 20, 2008

Respectfully submitted,

*/s/ Stephen B. Kinnaird*

Stephen B. Kinnaird (454271)
Robert Fabrikant (198119)
Ileana Maria Ciobanu (499413)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Attorneys for Plaintiffs
American Association for Homecare, Med Emporium LLC, and Ace Drug, Inc., dba Hollywood Medical Supply

CLERK'S OFFICE  
UNITED STATES DISTRICT COURT  
FOR THE DISTRICT OF COLUMBIA

CO-932  
Rev. 4/96

NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING  
IN THIS OR ANY OTHER UNITED STATES COURT

Civil Action No. _____  
(To be supplied by the Clerk)

NOTICE TO PARTIES:

Pursuant to Rule 40.5(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk's records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

NOTICE TO DEFENDANT:

Rule 405(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

NOTICE TO ALL COUNSEL

Rule 405(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

The plaintiff, defendant or counsel must complete the following:

1. RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).

   A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box(e's) below.]

   [ ] (a)   relates to common property

   [ ] (b)   involves common issues of fact

   [X] (c)   grows out of the same event or transaction

   [ ] (d)   involves the validity or infringement of the same patent

   [ ] (e)   is filed by the same pro se litigant

2. RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)

   A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the same parties and same subject matter.

   Check box if new case is related to a dismissed case: [ ]

3. NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):
   **Fed. Cl.**

4. CAPTION AND CASE NUMBER OF RELATED CASE(E'S). IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

   **All Florida Network Corp.** _____ v. **United States** _____ C.A. No. **1:08cv441**

   **June 20, 2008** _____     _____ /s/ _____
   DATE                              Signature of Plaintiff/Defendant (or counsel)

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of June, 2008, I caused a true and correct copy of the foregoing NOTICE OF RELATED CASE and accompanying form to be served upon the Defendants in this matter by e-mailing a PDF of the same and mailing the same by United States mail, postage prepaid, to the following:

Kathryn L. Wyer
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W.
Washington, DC 20530
(202) 616-8475
kathryn.wyer@usdoj.gov

_____
Stephen B. Kinnaird (454271)