# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ASSOCIATION FOR HOMECARE, 2011 Crystal Drive, Suite 725, Arlington, Virginia 22202<br><br>and<br><br>ACE DRUG, INC., dba HOLLYWOOD MEDICAL SUPPLY, 2131 Hollywood Boulevard, Hollywood, FL 33020,<br><br>            Plaintiffs,<br><br>    vs.<br><br>Michael O. LEAVITT, in his official capacity as Secretary of the Department of Health and Human Services, 200 Independence Avenue, S.W., Washington, D.C. 20201<br><br>and<br><br>Kerry N. WEEMS, in his official capacity as Acting Administrator for the Centers for Medicare & Medicaid Services, Department of Health and Human Services, 200 Independence Avenue, S.W., Washington, D.C. 20201<br><br>            Defendants. | **Civil Action No. 1:08-cv-00992 (RMU)** |

## PLAINTIFFS' NOTICE AND MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF PLAINTIFFS' APPLICATION FOR A PRELIMINARY INJUNCTION

Given the importance of this case, and the imminence of irreparable harm to the Plaintiffs from the July 1, 2008 implementation date for Round 1 of the durable medical equipment competitive acquisition program ("CAP"), the Plaintiffs hereby provide notice for and move for leave to file a short reply brief as soon as possible tomorrow, June 27, 2008. A reply brief will serve the interests of justice because the Government has raised entirely new arguments (such as

exhaustion) not addressed in the Plaintiffs' memorandum in support of the preliminary injunction application, and because the Government has made numerous erroneous contentions regarding irreparable injury, standing, jurisdiction, and the merits that require refutation. The Plaintiffs respectfully submit that a reply brief may aid this Court's determination of whether a preliminary injunction should issue by the July 1 deadline. The Plaintiffs have discussed this notice and motion with Counsel for the Government. The Government opposes this notice and motion.

Dated: June 26, 2008                                    Respectfully submitted,


                                                        /s/ Stephen B. Kinnaird

                                                        Stephen B. Kinnaird (454271)
                                                        Robert Fabrikant (198119)
                                                        Ileana Maria Ciobanu (499413)
                                                        SIDLEY AUSTIN LLP
                                                        1501 K Street, N.W.
                                                        Washington, D.C. 20005
                                                        (202) 736-8000

                                                        Attorneys for Plaintiffs
                                                        American Association for Homecare and Ace
                                                        Drug, Inc., dba Hollywood Medical Supply

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ASSOCIATION FOR HOMECARE, 2011 Crystal Drive, Suite 725, Arlington, Virginia 22202<br><br>and<br><br>ACE DRUG, INC., dba HOLLYWOOD MEDICAL SUPPLY, 2131 Hollywood Boulevard, Hollywood, FL 33020,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>Michael O. LEAVITT, in his official capacity as Secretary of the Department of Health and Human Services, 200 Independence Avenue, S.W., Washington, D.C. 20201<br><br>and<br><br>Kerry N. WEEMS, in his official capacity as Acting Administrator for the Centers for Medicare & Medicaid Services, Department of Health and Human Services, 200 Independence Avenue, S.W., Washington, D.C. 20201<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>**Civil Action No. 1:08-cv-00992 (RMU)**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **PROPOSED ORDER**

The Court GRANTS Plaintiffs' Notice and Motion for Leave To File a Reply in Support of Plaintiffs' Application for a Preliminary Injunction and ORDERS that Plaintiffs file their reply on or before June 27, 2008.

2

Dated: _____, 2008.


                                                                                            _____
                                                                                            United States District Judge

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 26th day of June, 2008, I caused a true and correct copy of the foregoing PLAINTIFFS' NOTICE AND MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF PLAINTIFFS' APPLICATION FOR A PRELIMINARY INJUNCTION and accompanying PROPOSED ORDER to be served upon the Defendants in this matter by sending the same via ECF to the following:

Kathryn L. Wyer
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W.
Washington, DC  20530
(202) 616-8475
kathryn.wyer@usdoj.gov


/s/ Stephen B. Kinnaird
Stephen B. Kinnaird (454271)