UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ASSOCIATION FOR HOMECARE, 2011 Crystal Drive, Suite 725, Arlington, Virginia 22202<br><br>and<br><br>ACE DRUG, INC., dba HOLLYWOOD MEDICAL SUPPLY, 2131 Hollywood Boulevard, Hollywood, FL 33020,<br><br>       Plaintiffs,<br><br>  vs.<br><br>Michael O. LEAVITT, in his official capacity as Secretary of the Department of Health and Human Services, 200 Independence Avenue, S.W., Washington, D.C. 20201<br><br>and<br><br>Kerry N. WEEMS, in his official capacity as Acting Administrator for the Centers for Medicare & Medicaid Services, Department of Health and Human Services, 200 Independence Avenue, S.W., Washington, D.C. 20201<br><br>       Defendants. | **Civil Action No. 1:08-cv-00992 (RMU)** |

**PLAINTIFFS' MOTION FOR LEAVE TO OPPOSE
THE BRIEF OF ABLECARE MEDICAL, INC.**

Ablecare Medical, Inc. ("Ablecare") has sought leave to file a brief as *amicus curiae*. Should the Court grant the request, Plaintiffs request leave to submit the attached short opposition contesting the representations in Ablecare's brief. The Plaintiffs were unable to reach Counsel for the Government to discuss this motion.

Dated: June 26, 2008                                            Respectfully submitted,


                                                                /s/ Stephen B. Kinnaird

                                                                Stephen B. Kinnaird (454271)
                                                                Robert Fabrikant (198119)
                                                                Ileana Maria Ciobanu (499413)
                                                                SIDLEY AUSTIN LLP
                                                                1501 K Street, N.W.
                                                                Washington, D.C. 20005
                                                                (202) 736-8000

                                                                Attorneys for Plaintiffs
                                                                American Association for Homecare and Ace
                                                                Drug, Inc., dba Hollywood Medical Supply

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ASSOCIATION FOR HOMECARE, 2011 Crystal Drive, Suite 725, Arlington, Virginia 22202<br><br>and<br><br>ACE DRUG, INC., dba HOLLYWOOD MEDICAL SUPPLY, 2131 Hollywood Boulevard, Hollywood, FL 33020,<br><br>       Plaintiffs,<br><br>   vs.<br><br>Michael O. LEAVITT, in his official capacity as Secretary of the Department of Health and Human Services, 200 Independence Avenue, S.W., Washington, D.C. 20201<br><br>and<br><br>Kerry N. WEEMS, in his official capacity as Acting Administrator for the Centers for Medicare & Medicaid Services, Department of Health and Human Services, 200 Independence Avenue, S.W., Washington, D.C. 20201<br><br>       Defendants. | **Civil Action No. 1:08-cv-00992 (RMU)** |

## PROPOSED ORDER

The Court GRANTS Plaintiffs' Motion for Leave To Oppose the Brief of Ablecare Medical, Inc. and ORDERS that Plaintiffs' Opposition Memorandum to the Brief of Proposed *Amicus Curiae* Ablecare Medical, Inc. be admitted.

Dated: _____, 2008.

_____
United States District Judge

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ASSOCIATION FOR HOMECARE, 2011 Crystal Drive, Suite 725, Arlington, Virginia 22202<br><br>and<br><br>ACE DRUG, INC., dba HOLLYWOOD MEDICAL SUPPLY, 2131 Hollywood Boulevard, Hollywood, FL 33020,<br><br>      Plaintiffs,<br><br>  vs.<br><br>Michael O. LEAVITT, in his official capacity as Secretary of the Department of Health and Human Services, 200 Independence Avenue, S.W., Washington, D.C. 20201<br><br>and<br><br>Kerry N. WEEMS, in his official capacity as Acting Administrator for the Centers for Medicare & Medicaid Services, Department of Health and Human Services, 200 Independence Avenue, S.W., Washington, D.C. 20201<br><br>      Defendants. | **Civil Action No. 1:08-cv-00992 (RMU)** |

## PLAINTIFFS' OPPOSITION MEMORANDUM TO THE BRIEF OF PROPOSED *AMICUS CURIAE* ABLECARE MEDICAL, INC.

Should the Court accept the brief of proposed *amicus curiae* Ablecare Medical, Inc. ("Ablecare"), it should reject Ablecare's contentions that its financial interests in executing the competitive bid contracts it won in Round 1 should outweigh the harms to all suppliers nationwide and to the public interest in agency compliance with the law.  First, Ablecare has no entitlement to any contract awarded without a determination that it has met financial standards specified by the Secretary, or pursuant to a process that is otherwise legally defective.  42 U.S.C. § 1395w-3(b)(2)(A)(ii).  Ablecare's reliance interests should be strongly discounted if this Court determines that Plaintiffs have a strong likelihood of success on the merits.

Second, Ablecare overstates any financial harm that might occur while a preliminary injunction is in effect; under all circumstances it will continue to receive compensation for any items or services its delivers under the existing Medicare reimbursement scheme (which it alleges are higher than what will receive under the contracts).  What Ablecare seeks instead is to profit from the unlawful exclusion of other suppliers from the four markets it serves.  Indeed, Ablecare will reap an enormous unfair advantage vis-à-vis those suppliers if it is able to capture customers during the interim period when other suppliers are excluded, especially given the significant switching costs and inconvenience for many beneficiaries such as oxygen users.

Third, Ablecare identifies no harms that are specific to a preliminary injunction for the presumably short period before this Court resolves by final judgment the strictly legal questions presented by Plaintiffs' Complaint.  If this Court grants the preliminary injunction but later enters judgment for the Defendants, Ablecare will receive compensation according to the terms of its contracts.  If conversely this Court later enters judgment for Plaintiffs and declares the unlawfulness of Defendants' implementation, Ablecare's contracts are a nullity and any losses associated with inability to perform the contract will accrue anyway.

2

Finally, Ablecare represents only its own interests; it cannot claim the mantle of all 325 companies who won bids. American Association for Homecare represents the interests of many more successful competitive bid winners, and those interests will be served by Defendants' compliance with the law.

Dated: June 26, 2008               Respectfully submitted,


/s/ Stephen B. Kinnaird

Stephen B. Kinnaird (454271)
Robert Fabrikant (198119)
Ileana Maria Ciobanu (499413)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Attorneys for Plaintiffs
American Association for Homecare and Ace
Drug, Inc., dba Hollywood Medical Supply

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of June, 2008, I caused a true and correct copy of the foregoing MOTION FOR LEAVE TO OPPOSE THE BRIEF OF ABLECARE MEDICAL, INC. accompanying PROPOSED ORDER, and accompanying PLAINTIFFS' OPPOSITION MEMORANDUM TO THE BRIEF OF PROPOSED *AMICUS CURIAE* ABLECARE MEDICAL, INC. to be served upon the Defendants and proposed *amicus curiae* Ablecare Medical, Inc. in this matter by sending the same to the following via ECF to the Defendants and via PDF e-mail Ablecare Medical, Inc.:

Kathryn L. Wyer
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W.
Washington, DC  20530
(202) 616-8475
kathryn.wyer@usdoj.gov
Counsel for the Defendants


Bill McGrath
Porter Wright Morris & Arthur
1919 Pennsylvania Avenue NW
Suite 500
Washington, DC  20006-3434
202 778-3005 direct
202 778-3063 fax
wmcgrath@porterwright.com
Counsel for Ablecare Medical, Inc.


/s/ Stephen B. Kinnaird
Stephen B. Kinnaird (454271)