UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| AMERICAN ASSOCIATION FOR HOMECARE *et al.*, | : : : | | |
| Plaintiffs, | : : | Civil Action No.: | 08-0992 (RMU) |
| v. | : : | Document No.: | 5 |
| MICHAEL LEAVITT, in his official capacity as Secretary of the Department of Health and Human Services *et al.*, | : : : : : | | |
| Defendants. | : | | |

## ORDER

### DENYING THE PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

For the reasons stated in this court's Memorandum Opinion separately and contemporaneously issued this 30th day of June, 2008, it is hereby

**ORDERED** that the plaintiffs' motion for a preliminary injunction is **DENIED**;

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge