## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ASSOCIATION FOR HOMECARE<br><br>and<br><br>ACE DRUG, INC., dba HOLLYWOOD MEDICAL SUPPLY,<br><br>        Plaintiffs,<br><br>    vs.<br><br>Michael O. LEAVITT, in his official capacity as Secretary of the Department of Health and Human Services,<br><br>and<br><br>Kerry N. WEEMS, in his official capacity as Acting Administrator for the Centers for Medicare & Medicaid Services, Department of Health and Human Services,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **Civil Action No. 1:08-cv-00992 (RMU)**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs American Association for Homecare and Ace Drug, Inc., dba Hollywood Medical Supply ("Plaintiffs") and Defendants Michael O. Leavitt and Kerry N. Weems ("Defendants"), by undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby notify the Court, as well as stipulate and agree, that Plaintiffs dismiss, without prejudice, their claims against Defendants, with the parties each to bear their own costs and attorney fees.

Stipulated to and respectfully submitted by:

_____

Stephen B. Kinnaird (454271)
Robert Fabrikant (198119)
Ileana Maria Ciobanu (499413)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Attorneys for Plaintiffs
American Association for Homecare and Ace
Drug, Inc., dba Hollywood Medical Supply

GREGORY G. KATSAS
Assistant Attorney General
JEFFREY A. TAYLOR
United States Attorney
SHEILA LIEBER
Deputy Director

_____

KATHRYN L. WYER
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Tel. (202) 616-8475 / Fax (202) 616-8470
kathryn.wyer@usdoj.gov

Attorneys for Federal Defendants

Dated: July 25, 2008

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of July, 2008, I caused a true and correct copy of the

foregoing STIPULATION OF DISMISSAL WITHOUT PREJUDICE to be served upon the

Defendants in this matter by sending the same via ECF to the following:

Kathryn L. Wyer
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W.
Washington, DC  20530
(202) 616-8475
kathryn.wyer@usdoj.gov

Stephen B. Kinnaird (454271)